**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Michael Joseph CORDIA, Appellant.**

**No. 26242.**

United States Court of Appeals, Ninth Circuit.

Nov. 12, 1970.

John Thorne, of Stanton, Clopton, Herz & Stanek, San Jose, Cal., for appellant.

James L. Browning, Jr., U. S. Atty., Coleman Bresse, John Milano, Asst. U. S. Attys., San Francisco, Cal., for appellee.

Before CHAMBERS, ELY and WRIGHT, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed.

However, in view of the pendency of Ehlert v. United States, 9th Cir., 422 F.2d 332 (1970) in the Supreme Court of the United States, 397 U.S. 1074, 90 S.Ct. 1525, 25 L.Ed.2d 808 (May 4, 1970), appellant may apply for a rehearing at any time within eight weeks from date. If Ehlert remains undecided, counsel may apply for an extension.

**FIELDS PRODUCTIONS, INC., Plaintiff-Appellant,**

v.

**UNITED ARTISTS CORPORATION, Defendant-Appellee.**

**No. 739, Docket 34539.**

United States Court of Appeals, Second Circuit.

Argued June 15, 1970.

Decided Sept. 8, 1970.

Herman Odell, New York City, for plaintiff-appellant.

Paul Martinson, New York City (Phillips, Nizer, Benjamin, Krim & Ballon and David G. Miller, New York City, on the brief), for defendant-appellee.

Before ANDERSON and FEINBERG, Circuit Judges, and MANSFIELD, District Judge.*

PER CURIAM:

The judgment of the District Court is affirmed on the opinion of Judge McLean filed on May 27, 1969, Docket No. 68 Civil 198. See also Billy Baxter, Inc. v. Coca-Cola Co. and Canada Dry Corp., 431 F.2d 183 (2 Cir. August 25, 1970).

* Of the Southern District of New York, sitting by designation.